UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JINO B. EVANS, | |
| Plaintiff, | 2:10-cv-1886-RLH-RJJ |
| vs. | |
| DENNY'S INC., | REPORT & RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| Defendant, | |

This matter is before the Court on an Application to Proceed in District Court Without Prepaying Fees or Costs (#1) and the proposed complaint attached thereto as Attachment (#1).

Based on a review of the Application (#1) and the proposed complaint and having canvassed Plaintiff, Jino B. Evans at a status hearing, the Court finds that this is an unemployment appeal and therefore has been filed in the wrong court. After being advised that this case is in the wrong court, Plaintiff advised the court that he will pursue this action in state court.

**RECOMMENDATION**

Based on the foregoing and good cause appearing therefore,

IT IS THE RECOMMENDATION of the undersigned Magistrate Judge that this case be **DISMISSED WITH PREJUDICE.**

**NOTICE**

Pursuant to Local Rule IB 3-2 [former LR 510-2] any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within ten (10) days

1  after service of this Notice.  The Supreme Court has held that the courts of appeal may

2  determine that an appeal has been waived due to the failure to file objections within the specified

3  time.  Thomas v. Arn, 474 U.S. 140 (1985), reh'g denied, 474 U.S. 1111 (1986).  This Circuit has

4  also held that (1) failure to file objections within the specified time and (2) failure to properly

5  address and brief the objectionable issues waives the right to appeal the District Court's order

6  and/or appeal factual issues from the order of the District Court.  Martinez v. Ylst, 951 F.2d 1153

7  (9th Cir. 1991); Britt v. Simi Valley United Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983).

8       DATED this  6th   day of January, 2011.

10                                                    _____
                                                       ROBERT J. JOHNSTON
11                                                    United States Magistrate Judge

- 2 -